**UNITED STATES of America,**
**Appellee,**

v.

**Billy S. HOLBERT, Appellant.**

No. 07–1325.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 20, 2007.

Filed: April 25, 2007.

Jana K. Harris, U.S. Attorney's Office, Little Rock, AR, for Appellee.

Jerome T. Kearney, Federal Public Defender's Office, Fayetteville, AR, for Appellant.

Billy S. Holbert, Pine Bluff, AR, pro se.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

In this appeal from the district court's [1] revocation of Billy S. Holbert's supervised release, his counsel has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw, suggesting that there are no non-frivolous issues. After reviewing the record independently pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we order the judgment amended as follows: Holbert's revocation prison sentence remains 1 year and 1 day, but his ensuing term of supervised release will be 23 months minus 1 day. *See* 18 U.S.C. § 3583(h). In all other respects, we affirm the judgment of the district court. We grant counsel's withdrawal motion.

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.